**Order entered August 10, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-18-00738-CV

---

### IN THE INTEREST OF S.V., S.V., AND S.V., CHILDREN

---

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-56356-2016**

---

## ORDER

Before the Court is the parties' August 8, 2018 joint motion for corrected order. In their motion, the parties state that they do not challenge the trial court's rulings but seek an amended decree of divorce correcting several clerical errors. They attach a jointly prepared amended decree and ask the Court to enter it. Alternatively, they ask that the case be remanded for entry of the amended decree by the trial court. Appellant also states that she "withdraws her appeal to the extent [she] challenges the trial court's rulings."

We construe the parties' motion as an agreement to abate the appeal and permit proceedings in the trial court to effectuate their agreement. *See* TEX. R. APP. P. 42.1(a)(2)(C). We **GRANT** the motion. We **REMAND** this case to the trial court to allow the trial court to sign the parties' Amended Final Divorce Decree.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Piper McGraw, Presiding Judge of the 469th Judicial District Court, and all parties.

We **ABATE** this appeal. The appeal will be reinstated in thirty days or when appellant files a motion to dismiss the appeal, whichever occurs sooner.

/s/    CAROLYN WRIGHT
        CHIEF JUSTICE